UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**YITZCHOK SHTEIERMAN,**
Plaintiff,

– against –

**LUFTHANSA GERMAN AIRLINES,**
Defendant.

------------------------------------------------------------X

**INDEX NO.:**

**COMPLAINT**

## PARTIES

1. Plaintiff **Yitzchok Shteierman** is a resident of Connecticut and a United States citizen, with a mailing address of **59 Dwight Street, Waterbury, CT 06710** and email at isaac.j.stern@gmail.com.

2. Defendant **Lufthansa German Airlines ("Lufthansa")** is a foreign corporation with its principal place of business in Germany and regularly conducts business in the State of New York, including flights to and from John F. Kennedy International Airport and Newark Liberty International Airport.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1332** because the matter in controversy exceeds $75,000 and is between a citizen of a U.S. state and a foreign corporation.

4. Venue is proper in the Southern District of New York under **28 U.S.C. § 1391(b)** because Lufthansa transacts business in this district and a substantial part of the events or omissions giving rise to the claim occurred here.

## FACTUAL BACKGROUND

5. Plaintiff purchased airline tickets for travel on Lufthansa and its partner, Alaska Airlines, under Booking Reference Number OJDOYP, Flight Number 2202213738979 on Friday October 4, 2024

6. The itinerary included three legs, with the first leg operated by Alaska Airlines from Spokane, Washington to Seattle, Washington and the connecting flights operated by Lufthansa.

7. Plaintiff was allowed to board and complete the first leg of the trip. Upon arrival in Seattle, however, Lufthansa staff informed Plaintiff's traveling party Kiana Shadwick that she would not be permitted to board the connecting flight due to "suspected credit card fraud."

8. The credit card used to book the ticket had already been accepted for the initial flight, and no fraud had been alleged by the credit card company.

9. Lufthansa and Alaska Airlines had the opportunity to verify the credit card information before the first leg but chose to deny boarding only after the first segment had been completed.

10. As a result of this denial of boarding, Kiana Shadwick was left stranded in Seattle without assistance, causing significant distress, inconvenience, and financial losses to Plaintiff.

11. Defendant did not allow her to fly and did not return her funds. In addition to the expense of the last minute airfare, she had to pay for transportation costs and accommodation.

## CAUSES OF ACTION

**Count I – Breach of Contract**

12. Plaintiff incorporates paragraphs 1–10 as if fully set forth herein.

13. Defendant Lufthansa breached its contract of carriage with Plaintiff by denying boarding without justification despite having accepted Plaintiff's ticket and payment and after partial performance of the itinerary.

14. As a direct and proximate result of Defendant's breach, Plaintiff suffered financial loss, emotional distress, and other damages.

**Count II – Violation of 49 U.S.C. § 41712 and Related Federal Regulations (Unfair and Deceptive Practices)**

15. Defendant Lufthansa, acting through its agents, engaged in unfair and deceptive practices in air transportation by arbitrarily denying boarding, contrary to federal statutes and regulations governing airline conduct.

**Count III – Negligence**

16. Defendant Lufthansa owed a duty to Plaintiff to exercise reasonable care in processing boarding and payment verifications. Defendant breached this duty by failing to timely verify the credit card and by denying boarding after the first leg, causing foreseeable harm to Plaintiff.

**Count IV – Emotional Distress and Other Relief**

17. Defendant's actions caused Plaintiff substantial emotional distress, humiliation, and inconvenience, entitling Plaintiff to compensatory and punitive damages.

**DAMAGES**

18. Plaintiff seeks $20,000 in compensation for financial losses, emotional distress, and inconvenience, plus a full refund for the ticket price.

19. Plaintiff also seeks attorneys' fees (if later represented), costs, interest, and such other relief as the Court deems just and proper.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment against Defendant Lufthansa German Airlines as follows:

- Award Plaintiff $20,000 in compensatory damages and a full refund for the flight;
- Award pre- and post-judgment interest, costs, and expenses of this action; and

- Grant such other and further relief as the Court deems just and proper.

**Dated:** September 25, 2025
New York, New York

Respectfully submitted,

*Yitzchok Shteierman*

**Yitzchok Shteierman (Pro Se)**
Tel: 917-627-0139
Email: isaac.j.stern@gmail.com

Plaintiff Pro Se