UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YITZCHOK SHTEIERMAN,

                         Plaintiff,

          -against-

LUFTHANSA GERMAN AIRLINES,

                         Defendant.

25-cv-8042 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 17, 2026
            New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge